UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                      CASE NO. 12 B 24269
                                                            CHAPTER 13
CAREY LEE HOLMAN
                                                            JUDGE DONALD R CASSLING

      DEBTOR                                                **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** DEUTSCHE BANK NATIONAL

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 29 | XXXXXX8277 | $14,167.21 | $14,167.21 | $14,167.21 |
| Total Amount Paid by Trustee | | | | | $14,167.21 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit            **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-24269-DRC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 1st day of March, 2017.

Debtor:
CAREY LEE HOLMAN
1032 BOHLAND ST
BELLWOOD, IL 60104

Attorney:
SPAULDING LAW CENTER LLC
2218 W CHICAGO AVE
CHICAGO, IL 60622
via Clerk's ECF noticing procedures

Creditor:
DEUTSCHE BANK NATIONAL
% OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD #100
WEST PALM BEACH, FL 33409

Mortgage Creditor:
OCWEN LOAN SERVICING
% RANDALL S MILLER &
ASSOCIATE
120 N LASALLE ST #1140
CHICAGO, IL 60602

Mortgage Creditor:
DEUTSCHE BANK NATIONAL
TRUST
% OCWEN LOAN SERVICING
PO BOX 24781
WEST PALM BEACH, FL
33416-4781

Mortgage Creditor:
DEUTSCHE BANK NATL TRUST CO
% PIERCE & ASSOC
15W030 N FRONTAGE RD
BURR RIDGE, IL 60527

ELECTRONIC SERVICE - United States Trustee

Date: March 01, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603